Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-12303-AMC**

Theodore A. Green  
923 Jackson Street  
Sharon Hill  PA   19079

Petition Filed Date: 05/14/2020  
341 Hearing Date: 07/10/2020  
Confirmation Date: 07/28/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2023 | $795.00 | | 10/02/2023 | $795.00 | | 10/30/2023 | $795.00 | |
| 12/01/2023 | $795.00 | | 01/05/2024 | $795.00 | | 01/31/2024 | $795.00 | |
| 03/05/2024 | $795.00 | | 04/04/2024 | $745.00 | | 05/03/2024 | $795.00 | |
| 06/04/2024 | $795.00 | | 06/28/2024 | $795.00 | | 07/30/2024 | $795.00 | |

**Total Receipts for the Period: $9,490.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $35,030.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NAVY FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $92.31 | $0.00 | $92.31 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | HARLEY DAVIDSON CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | RUSHMORE SERVICING<br>»» 004 | Mortgage Arrears | $28,459.07 | $24,249.72 | $4,209.35 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 05U | Unsecured Creditors | $596.53 | $0.00 | $596.53 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 05P | Priority Crediors | $4,241.43 | $4,241.43 | $0.00 |
| 0 | ERIK B JENSEN ESQ<br>»» W/DasCD>4/24/24 | Attorney Fees | $3,465.00 | $3,465.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12303-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,030.00 | Current Monthly Payment: | $795.00 |
| Paid to Claims: | $31,956.15 | Arrearages: | $890.00 |
| Paid to Trustee: | $3,073.85 | Total Plan Base: | $40,690.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.