UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| THEODORE A. GREEN | : |
| xxx-xx-6464 | :CHAPTER 13 |
| Debtor. | :CASE NO. 20-12303-AMC |
| Elizon Master Participation Trust I, US Bank Trust National Association, as Owner Trustee | : |
| Movant, | : |
| v. | : |
| THEODORE A. GREEN | : |
| Debtor, | : |
| And | : |
| SCOTT F. WATERMAN, | : |
| Trustee, | : |
| Respondents. | : |

## ORDER MODIFYING §362 AUTOMATIC STAY

Upon the application of Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, Elizon Master Participation Trust I, US Bank Trust National Association, as Owner Trustee, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

    1.    The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant, its successors and/or assigns, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the

following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**923 Jackson Street, Sharon Hill, Pennsylvania 19079**

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. Movant, its successors and/or assigns, may pursue any and all loss mitigation options with respect to the Debtor or the real property described above including, but not limited to, repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

_____
Honorable Ashely M. Chan
United States Chief Bankruptcy Judge
Eastern District of Pennsylvania