## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| THEODORE A. GREEN | : |
| xxx-xx-6464 | :CHAPTER 13 |
| Debtor. | :CASE NO. 20-12303-AMC |
| Elizon Master Participation Trust I, US Bank Trust National Association, as Owner Trustee | : : : |
| Movant, | : |
| v. | : |
| | : |
| THEODORE A. GREEN | : |
| | : |
| Debtor, | : |
| And | : |
| | : |
| SCOTT F. WATERMAN, | : |
| Trustee, | : |
| | : |
| Respondents. | : |
| | : |
| | : |

### CERTIFICATION OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the certification of default, exhibit, and the proposed form of order as follows:

Date Served:  November 13, 2024

**Persons served:**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Erik B. Jensen, Esquire<br>Jensen Bagnato, PC<br>1500 Walnut Street, Suite 1920<br>Philadelphia, PA 19102 | *Debtor's Attorney* | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | *Chapter 13 Trustee* | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Theodore A. Green<br>923 Jackson Street<br>Sharon Hill, PA 19079 | *Debtor* | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| United States Trustee<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 | *US Trustee* | Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

ROMANO GARUBO & ARGENTIERI
Attorneys for Movant

By: /s/ Emmanuel J. Argentieri
   Emmanuel J. Argentieri, Esquire
   PA Attorney ID No. 59264

Dated: November 13, 2024