# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| THEODORE A. GREEN | : |
| xxx-xx-6464 | :CHAPTER 13 |
|        Debtor. | :CASE NO. 20-12303-AMC |
| | : |
| _____ | : |

**PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT– DOCUMENT NUMBER 75**

Secured Creditor, Elizon Master Participation Trust I, US Bank Trust National Association, as Owner Trustee, ("Elizon"), the holder of a mortgage on the real property of the Debtor commonly known as 923 Jackson Street, Sharon Hill, Pennsylvania 19079, ("Subject Property"), by and through its undersigned attorneys, hereby withdraws its Certification of Default– <u>Document Number 75</u> filed with this Court on November 13, 2024.

                                                        Respectfully submitted,
                                                        Romano Garubo & Argentieri


                                                        /s/EMMANUEL J. ARGENTIERI
                                                        EMMANUEL J. ARGENTIERI

Date: December 3, 2024


ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096 --- (856) 384-1515 --- <u>eargentieri@rgalegal.com</u>