B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re THEODORE A. GREEN,     Case No. 20-12303-AMC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Elizon Master Participation Trust I* | J.P. Morgan Mortgage Acquisition Corp. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Servicing
P.O. Box 619096 Dallas TX 75261-9741

Phone: 877-888-4623
Last Four Digits of Acct #: 6871

Name and Address where transferee payments should be sent (if different from above):

Rushmore Servicing
P.O. Box 619094 Dallas TX 75261-9741

Phone: 877-888-4623
Last Four Digits of Acct #: 6871

Court Claim # (if known): 4
Amount of Claim: $145,971.14
Date Claim Filed: 10/12/2017

Phone: 877-888-4623
Last Four Digits of Acct. #: 6871

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/EMMANUEL J. ARGENTIERI     Date: 12/04/2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\* Elizon Master Participation Trust I, US Bank Trust National Association, as Owner Trustee

**DO NOT DETACH**



10241351-0016H

Instrument Number: 2024019653
Volume/Page: RECORD BK 6980 PG 2245
Recorded Date: 06/13/2024 9:21:17 AM

| | |
|---|---|
| Transaction Number: 1008761<br>Collected By: kiddk<br>Document Type: ASSIGNMENTS<br>Document Page Count: : 3 | Return To (Simplifile):<br>Meridian Asset Services<br>140 FOUNTAIN N PKWY STE 100<br>SAINT PETERSBURG, FL 33716-1285 |
| Parcel ID: 15-00-01780-00 | |

Robert A. Auclair, Esq.
Delaware County Recorder of Deeds
Government Center, Room 108
201 W. Front Street
Media, PA 19063
610-891-4152

| Fees: | |
|---|---|
| RECORDING FEES: | $37.50 |
| COUNTY IMPROVEMENT FUND: | $5.00 |
| JCS/ATJ FEE: | $40.25 |
| WRIT TAX: | $0.50 |
| Total Fees: | $83.25 |
| Amount Paid: | $83.25 |
| Amount Due: | $0.00 |

Instrument Number: 2024019653
Volume/Page: RECORD BK 6980 PG 2245
Recorded Date: 06/13/2024 9:21:17 AM

OFFICIAL RECORDING COVER PAGE
**DO NOT DETACH**
THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

Prepared By and Return To:

Meridian Asset Services, LLC
140 Fountain Parkway Suite 100
St. Petersburg, FL 33716
(239) 351-2442

APN/PIN# :

Loan No                                    Space above for Recorder's use

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **J.P. MORGAN MORTGAGE ACQUISITION CORP.**, whose address is **383 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10179**, (ASSIGNOR), does hereby grant, assign and transfer to **ELIZON MASTER PARTICIPATION TRUST I, US BANK TRUST, NATIONAL ASSOCIATION, AS OWNER TRUSTEE**, whose address is **53 FOREST AVENUE, OLD GREENWICH, CT 06870**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **5/2/2007**
Original Loan Amount: **$140,200.00**
Executed by (Borrower(s)): **THEODORE A GREEN**
Original Lender: **WELLS FARGO BANK, N.A.**
Filed of Record: In Book/Liber/Volume **040997**, Page **2234**
Document/Instrument No: **2007041626** in the Recording District of **Delaware, PA**, Recorded on **5/10/2007**.

Legal Description: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: **923 JACKSON STREET, SHARON HILL, PENNSYLVANIA 19079**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **5/30/2024**

J.P. MORGAN MORTGAGE ACQUISITION CORP., BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: **KATHRYN CREMER**          Witness Name: **DOMINIC KOCH**
Title: **VICE PRESIDENT**

POA Batch#12793
POA was recorded in Norfolk MA on
4/5/2023 Inst#19611/BK:41130/PG:351

I hereby certify the precise address of the within named **ELIZON MASTER PARTICIPATION TRUST I, US BANK TRUST, NATIONAL ASSOCIATION, AS OWNER TRUSTEE** (*Assignee*) is **53 FOREST AVENUE, OLD GREENWICH, CT 06870**.

| A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT |
|---|

State of **FLORIDA**
County of **PINELLAS**

On 5/30/2024, before me, **JUSTIN CALITRO**, a Notary Public, personally appeared **KATHRYN CREMER, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR J.P. MORGAN MORTGAGE ACQUISITION CORP.**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify the foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization and that KATHRYN CREMER, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_____

(Notary Name): **JUSTIN CALITRO**
My commission expires: **05/03/2027**

**JUSTIN CALITRO**
Notary Public
State of Florida
Comm# HH394424
Expires 5/3/2027

# EXHIBIT "A"

All that certain lot or piece of ground being numbers 29 and 30, as shown on the plan of the Bonsall Tract, duly filed at Media in Deed Book C-14 page 324, etc., situate in Darby Township, Delaware County, Pennsylvania on the South side of Jackson Avenue, at the distance of 475 feet east of Brennan Avenue, as shown on said plan.

Containing in front or breadth on said Jackson Avenue 50 feet (each lot 25 feet) and of that width in depth to that width Southwardly between parallel lines at right angles to said Jackson Avenue, 100 feet.

Together with the free, right, liberty and privilege and use of the grantee, their heirs and assigns, a certain right of way and easement for water pipe on and under the lands extending northwardly along the westerly side of premises adjoining from northwardly along the westerly side of Premises adjoining from a water main at or near the side of Bonsall Avenue into premises for the purposes of using, maintaining and replacing said water pipe.

Parcel No.: