United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12303-amc |
| Theodore A. Green | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 05, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14836007 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 23:58:00 | U.S. Bank National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 07, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

**Name**    **Email Address**

ANN E. SWARTZ
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

EMMANUEL J. ARGENTIERI
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com

EMMANUEL J. ARGENTIERI
    on behalf of Creditor Elizon Master Participation Trust I  US Bank Trust National Association, as Owner Trustee bk@rgalegal.com

MICHAEL A. CIBIK
    on behalf of Debtor Theodore A. Green help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: trc | Total Noticed: 1 |

m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-12303-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Theodore A. Green
923 Jackson Street
Sharon Hill PA 19079

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/04/2024.

Name and Address of Alleged Transferor(s):

Claim No. 4: U.S. Bank National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9741

Name and Address of Transferee:

Elizon Master Participation
c/o Rushmore Servicing
PO Box 619096
Dallas, TX 75261

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/07/24

Tim McGrath
**CLERK OF THE COURT**