IN THE UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Theodore A. Green<br>Debtor<br><br>Carrington Mortgage Services, LLC as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee<br>v.<br><br>Theodore A. Green<br>Scott F. Waterman - Trustee<br>Respondents | CASE NO.: 20-12303-amc<br><br>CHAPTER 13<br><br>Judge: Ashely M. Chan |

## ORDER

UPON consideration of the Motion of Carrington Mortgage Services, LLC as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee, together with any successor and/or assign, ("Movant") for Enlargement of Time, and with good cause appearing therefore, it is ORDERED that the time for filing a Response to Trustee's Notice of Final Cure Payment is enlarged to May 7, 2025.

BY THE COURT:

_____
Ashely M. Chan, Chief Bankruptcy Judge