Certificate Number: 16339-PAE-DE-039529667

Bankruptcy Case Number: 20-12303



16339-PAE-DE-039529667

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 7, 2025, at 8:41 o'clock PM EDT, Theodore Green completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 7, 2025      By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor