United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12303-amc |
| Theodore A. Green | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: 138OBJ | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theodore A. Green, 923 Jackson Street, Sharon Hill, PA 19079-1715 |
| 14502987 | + | Romano Garubo & Argentieri, 52 Newton Avenue, P.O. Box 456, Woodbury, NJ 08096-7456 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 23 2025 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14957236 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 00:20:00 | Elizon Master Participation, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14983816 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 23 2025 00:20:00 | Elizon Master Participation Trust I et. al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200A, Anaheim, CA 92806-5948 |
| 14502984 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 23 2025 00:20:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 14514144 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jul 23 2025 00:20:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14519978 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 00:20:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14502985 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2025 00:26:58 | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14504223 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 23 2025 00:20:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14523266 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2025 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14502986 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2025 00:20:00 | Pennsylvania Dept of Revenue, PO box 280946, Harrisburg, PA 17128-0946 |
| 14502988 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 00:20:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14836007 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 00:20:00 | U.S. Bank National Association, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |

TOTAL: 12

Case 20-12303-amc    Doc 93    Filed 07/24/25    Entered 07/25/25 00:41:58    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: 138OBJ | Total Noticed: 14 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

**Name** — **Email Address**

ANN E. SWARTZ
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor Elizon Master Participation Trust I  US Bank Trust National Association, as Owner Trustee bk@rgalegal.com

LAUREN MOYER
on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee bkecf@friedmanvartolo.com

MICHAEL A. CIBIK
on behalf of Debtor Theodore A. Green help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 92 − 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Theodore A. Green ) | Case No. 20−12303−amc |
| )<br>)<br>  Debtor(s). ) | Chapter: 13 |
| )<br>) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 22, 2025

For The Court

Timothy B. McGrath
Clerk of Court