United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 20-12303-amc

Theodore A. Green    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 02, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Theodore A. Green, 923 Jackson Street, Sharon Hill, PA 19079-1715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

**Name**    **Email Address**

ANN E. SWARTZ
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

EMMANUEL J. ARGENTIERI
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com

EMMANUEL J. ARGENTIERI
    on behalf of Creditor Elizon Master Participation Trust I  US Bank Trust National Association, as Owner Trustee bk@rgalegal.com

LAUREN MOYER
    on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee bkecf@friedmanvartolo.com

MICHAEL A. CIBIK
    on behalf of Debtor Theodore A. Green help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 2 |
| Date Rcvd: Oct 02, 2025 | Form ID: 195 | | Total Noticed: 1 |

m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Theodore A. Green : Case No. 20−12303−amc

     Debtor(s)

### ORDER
_____

    AND NOW, this day , October 1, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                           By The Court

                                           Ashely M. Chan
                                           Chief Judge, United States Bankruptcy Court

Form 195